## IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | |
|---|---|
| JOSEPH BURNS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>JOHN R. HARRIS, NEIL H. NGUYEN, SCOTT K. GINSBURG, XAVIER A. GUTIERREZ, ADAM KLEIN, CECIL H. MOORE, STEPHEN E. RECHT, ALEX MERUELO LIVING TRUST, MERUELO INVESTMENT PARTNERS LLC, ALEX MERUELO, SIZMEK, INC., SOLOMON HOLDING, LLC, VECTOR SOLOMON HOLDINGS (CAYMAN), LTD., VECTOR CAPITAL IV, LP, VECTOR CAPITAL IV INTERNATIONAL, LP, and VECTOR ENTREPRENEUR FUND III, LP,<br><br>Defendants. | **Civil Action No. 1:16-cv-01073-LY**<br><br>**STIPULATION AND [PROPOSED] ORDER CONCERNING PLAINTIFF'S VOLUNTARY DISMISSAL OF THE ABOVE ACTION**<br><br>**<u>JURY TRIAL DEMANDED</u>** |

Plaintiff Joseph Burns ("Plaintiff") and defendants John R. Harris, Neil H. Nguyen, Scott K. Ginsburg, Xavier A. Gutierrez,  Adam Klein, Cecil H. Moore, Stephen E. Recht, Sizmek Inc., Solomon Holding, LLC, Vector Solomon Holdings (Cayman), Ltd., Vector Capital IV, LP, Vector Capital IV International, LP, Vector Entrepreneur Fund III, LP, Alex Meruelo Living Trust, Meruelo Investment Partners LLC, and Alex Meruelo ("Defendants" and collectively, with Plaintiff, the "Parties"), by and through their undersigned counsel of record, submit the following stipulation and proposed order.

WHEREAS, on September 15, 2016, Joseph Burns filed a complaint captioned *Burns v. Harris, et al*, 1:16-cv-01073-LY (the "Action"), a purported class action under the Private Securities Litigation Reform Act of 1995 (the "PSLRA") alleging violations of the federal securities laws;

WHEREAS, the PSLRA dictates specialized procedures for the administration of securities class actions (*see* 15 U.S.C. § 78u-4);

WHEREAS, Plaintiff published notice of this action to the purported class on October 4, 2016;

WHEREAS, Plaintiff filed a Motion for Leave to Amend the Case Caption and Complaint on November 28, 2016;

WHEREAS, the Court entered an order granting Plaintiff's Motion to Amend Complaint on November 29, 2016;

WHEREAS, Plaintiff filed an Amended Complaint on November 30, 2016;

WHEREAS, Plaintiff filed a Motion of Joseph Burns to Appoint Lead Plaintiff and Co-Lead Counsel on December 2, 2016;

WHEREAS, on December 19, 2016, the parties entered into a Stipulation regarding filing of the Consolidated Amended Complaint and Motion to Dismiss Briefing Schedule;

WHEREAS, on January 11, 2017, the Court entered an Order regarding filing of the Consolidated Amended Complaint and Motion to Dismiss Briefing Schedule;

WHEREAS, on January 11, 2017, the Court granted Plaintiff's Motion for Appointment as Lead Plaintiff and approval of Co-Lead Counsel;

WHEREAS, on February 27, 2017, (i) Defendants Alex Meruelo Living Trust, Meruelo Investment Partners LLC, and Alex Meruelo; (ii) the Director Defendants; and (iii) Defendants Sizmek, Inc. and the Vector Defendants all filed Motions to Dismiss;

NOW, THEREFORE, the parties hereby agree, subject to the approval of the Court, that:

1.   The Action is dismissed, each party to bear his, her or its own fees and costs, and the claims asserted therein are dismissed with prejudice as to the named Plaintiff and without prejudice as to all other members of the putative class and no compensation in any form has

passed directly or indirectly to the Plaintiff or any of Plaintiff's attorneys and no promise to give

any such compensation has been made,

    2.    Because the dismissal is with prejudice as to Plaintiff only, and not on behalf of a

putative class, notice of this dismissal is not required.

Dated: March 28, 2017

**EDWARDS SUTARWALLA PLLC**

By:    */s/ Murtaza F. Sutarwalla*
Murtaza Sutarwalla
TX State Bar No. 24056398
George Edwards
TX State Bar No. 24055438
1300 McGowen St.
Suite 270
Houston, TX 77004
Tel.: (832) 717-2562
Fax: (713) 583-8715
Email: murtaza@eslawpartners.com
Email: george@eslawpartners.com

*Attorneys for Plaintiff*

Dated: March 28, 2017

**VINSON & ELKINS LLP**

By:    */s/ John C. Wander (with permission)*
John C. Wander
State Bar No. 00791877
jwander@velaw.com
Craig E. Zieminski
State Bar No. 24066331
czieminski@velaw.com
Marissa A. Wilson
State Bar No. 24075626
mwilson@velaw.com
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201-2975
Telephone: (214) 220-7700
Fax: (214) 220-7716

*Attorneys for John R. Harris, Neil H.
Nguyen, Scott K. Ginsburg, Xavier A.
Gutierrez, Adam Klein, Cecil H. Moore and
Stephen E. Recht*

Dated: March 28, 2017

**LATHAM & WATKINS LLP**

By: <u>*/s/ Kevin H. Metz (with permission)*</u>
Kevin H. Metz
555 Eleventh St. NW Suite 500
Washington, DC 20004
Telephone:  (202) 637-2200
Email:  kevin.metz @lw.com

*Attorneys for John R. Harris, Neil H. Nguyen, Scott K. Ginsburg, Xavier A. Gutierrez, Adam Klein, Cecil H. Moore Stephen E. Recht, and Xavier A. Gutierrez*

Dated: March 28, 2017

**KIRKLAND & ELLIS LLP**

By: <u>*/s/ Nicolas William Thompson (with permission)*</u>
Nicolas William Thompson
600 Travis Street
Houston, Texas 77002
Telephone: (713) 835-3600
Email:  nicolas.thompson@kirkland.com

*Attorneys for Sizmek Inc. Solomon Holding, LLC, Vector Solomon Holdings (Cayman), Ltd., Vector Capital IV, LP, Vector Capital IV International, LP, and Vector Entrepreneur Fund III, LP*

5

Dated: March 28, 2017

**JACKSON WALKER LLP**

Edward D. Altabet
**GERARD FOX LAW, P.C.**
12 East 49th Street, 26th Floor
New York, NY 10017
Tel.: (646) 690-4973
Email: ealtabet@gerardfoxlaw.com

By: */s/ Kimberly Gdula  (with permission)*
Stacy Allen
Kimberly Gdula
100 Congress Avenue
Suite 1100
Austin, Texas 78701
Tel.: (512) 236-2090
Fax.: (512) 391-2102
Email: stacyallen@jw.com
Email: kgdula@jw.com

*Attorneys for Alex Meruelo Living Trust,*
*Meruelo Investment Partners LLC, and*
*Alex Meruelo*

      **ORDERED** this ___ day of March, 2017.

_____
**U.S. District Judge**

**CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of the attached and foregoing instrument has this the 28th day of March, 2017, been sent by the Court's electronic filing or email to all counsel of record.


*/s/ Murtaza F. Sutarwalla*
Murtaza Sutarwalla