IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2017 MAR 30   PM 3: 18

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

| | | |
|---|---|---|
| JOSEPH BURNS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, PLAINTIFF, | § § § § | |
| V. | § § | CIVIL NO.  A-16-CV-1073-LY |
| JOHN R. HARRIS; NEIL H. NGUYEN; SCOTT K. GINSBURG; XAVIER A. GUTIERREZ; ADAM KLEIN; CECIL H. MOORE; STEPHEN E. RECHT; ALEX MERUELO LIVING TRUST; MERUELO INVESTMENT PARTNERS LLC; ALEX MERUELO; SIZMECK, INC.; SOLOMON HOLDING, LLC; VECTOR SOLOMON HOLDINGS (CAYMAN), LTD.; VECTOR CAPITAL IV, LP; VECTOR CAPITAL IV INTERNATIONAL, LP; AND VECTOR ENTREPRENEUR FUND III, LP, DEFENDANT. | § § § § § § § § § § § § § § § | |

## FINAL JUDGMENT

Before the court is the above entitled cause.  On this same date, the court approved and rendered the parties' "Stipulation and Order Concerning Plaintiff's Voluntary Dismissal of the Above Action" (Doc. #50).  Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case hereby **CLOSED.**

SIGNED this _____ day of March, 2017.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE